1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Jeffrey B. Kosbie (SBN 305424)
jbk@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
www.classlawgroup.com

*Attorneys for Defendant Michaela Higgins*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. HERMAN TULL, PH.D., et al., | Case No. 3:21-cv-01574-AGT |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| MICHAELA HIGGINS, | |
| Defendant. | |

1
2
3
4
5

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-3 and 7-11, Defendant Michaela Higgins hereby files this Administrative Motion to Extend Time to Respond to the Complaint. As explained below, Defendant requests that the Court extend Defendant's deadline to answer or otherwise respond to the Complaint in this matter, currently set for March 29, 2021, by 30 days, until April 28, 2021.

6

## BACKGROUND

7
8
9
10
11
12
13

Defendant Michaela Higgins is currently facing two related lawsuits in this District: this case and *Jasha Tull v. Michaela Higgins*, Case No. 4:21-cv-01566-DMR (N.D. Cal.) (collectively, "*Tull v. Higgins* lawsuits"). Plaintiffs in the *Tull v. Higgins* lawsuits filed both complaints on March 5, 2021, and effectuated service on Ms. Higgins on March 8, 2021. Dkt. Nos. 1 and 7; Case No. 21-cv-1566, Dkt. Nos. 1 and 7. As a result, Ms. Higgins's deadline to answer or otherwise respond to each of the Complaints is currently March 29, 2021.

14
15
16
17
18
19

On March 17, 2021, this Court filed a sua sponte judicial referral for purpose of determining relationship of cases to determine whether this case is related to *Tull v. Higgins* (the low-numbered case). Dkt. No. 9. On March 18, 2021, Plaintiffs filed their consent to proceed before a magistrate judge in Tull v. Higgins, and on March 19, 2021, Plaintiffs filed their consent to proceed before a magistrate judge in this case. Dkt. No. 10; Case No. 21-cv-1566, Dkt. No. 12.

20
21
22
23
24
25
26
27
28

At the time that Ms. Higgins was served, she did not have legal representation and did not expect to be sued. Despite being an unsophisticated legal actor, Ms. Higgins reached out to potential counsel the next day to discuss the cases and potential representation of her by counsel. Declaration of Karen Barth Menzies ("Menzies Decl."), ¶ 5. During the March 9 call, Ms. Menzies informed Ms. Higgins that counsel would review the *Tull v. Higgins* lawsuits and determine whether Gibbs Law Group ("GLG") could competently represent her. *Id.*, ¶ 6. Over the next two weeks, GLG worked diligently to review the extensive factual and legal issues in the cases and to discuss potential

ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:21-cv-01574

1
2
representation of Ms. Higgins with potential co-counsel regarding these matters. *Id.*, ¶¶ 7-8.

3
4
5
6
7
8
9
10
11
12
On March 23, 2021, Ms. Menzies contacted counsel for Plaintiffs to request a 30-day extension of Ms. Higgins's deadline to respond to the complaints in the *Tull v. Higgins* lawsuits. *Id.*, ¶ 9. Ms. Menzies explained that GLG was discussing potential representation of Ms. Higgins but did not represent Ms. Higgins yet, and requested the extension to allow Ms. Higgins time to obtain counsel to represent her in these two lawsuits. *Id.*, ¶ 10 and Ex. A. Defendant replied, refusing to stipulate to an extension and refusing further communication without evidence of a signed retainer agreement. *Id.*, ¶ 11 and Ex. B. After Ms. Menzies talked on the phone with an attorney from the firm representing Plaintiffs, they confirmed that Plaintiffs would not agree to an extension. *Id.*, ¶¶ 12-13.

13
14
15
16
17
18
GLG is continuing to review the *Tull v. Higgins* lawsuits and having discussions with potential co-counsel, but has not yet determined whether they will be representing Ms. Higgins in these cases.  However, GLG has agreed to represent Ms. Higgins for the limited purpose of moving the Court for an extension to answer or otherwise respond to the complaint so that she may secure representation for her defense in both cases.  *Id.*, ¶ 16.

19
### THE COURT SHOULD EXTEND DEFENDANT'S TIME TO RESPOND

20
21
22
23
24
25
26
27
Because Ms. Higgins files this Motion before her current deadline for filing a responsive pleading has expired, "the court may, for good cause, extend the time" for filing a responsive pleading. Fed. R. Civ. P. 6(b)(1)(A). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). "[R]equests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id.* (citation omitted).

28

ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:21-cv-01574

1    As set forth in more detail in the accompany declaration to this motion, good cause

2  exists for the requested extension because this case involves numerous complex factual

3  and legal issues. *See* Menzies Decl. The requested extension will allow Ms. Higgins time

4  to obtain counsel and for counsel to review the factual and legal issues prior to filing an

5  answer or other response. Ms. Higgins and counsel have acted diligently in reviewing the

6  case, and Plaintiffs will not be prejudiced by the requested extension. In addition, there

7  have been no previous requests for or extensions to the deadline for responding to the

8  Complaint, and the requested extension would have no effect on any other scheduled

9  deadlines in this case. Menzies Decl., ¶¶ 17-19.

**CONCLUSION**

10    For the foregoing reasons, Defendant respectfully requests that the Court grant

11  her motion for an extension of thirty days to answer or otherwise respond to the

12  complaint.

Respectfully submitted,

Dated: March 24, 2021

/s/ *Karen Barth Menzies*
Karen Barth Menzies (SBN 180234)
Jeffrey Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
kbm@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Defendant Michaela Higgins*

3