1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. HERMAN TULL, PH.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAELA HIGGINS,<br><br>Defendant. | Case No. 3:21-cv-01574-AGT<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

BEFORE THE COURT is Defendant's Administrative Motion to Extend Time to Respond to the Complaint. The Court has considered the Motion and the Declaration of Karen Barth Menzies in support of the Motion and any arguments of counsel. The Court may extend the deadline for filing a responsive pleading for good cause. Fed. R. Civ. P. 6(b)(1)(A).

Because the Court finds good cause exists, the Court GRANTS Defendant's Administrative Motion to Extend Time to Respond to the Complaint. The Court ORDERS that Defendant's deadline to answer or otherwise respond to the Complaint is extended from March 29, 2021, to April 28, 2021.

**IT IS SO ORDERED.**

Dated:  March 24, 2021

HONORABLE ALEX G. TSE
UNITED STATES MAGISTRATE JUDGE