GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs,
DR. HERMAN TULL, PH.D. and
DR. LEKHA TULL, DDS.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. HERMAN TULL, PH.D., an individual, and DR. LEKHA TULL, DDS., an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>MICHAELA HIGGINS, an individual, a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:　　　4:21-cv-01574-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:　　　March 5, 2021<br>TRIAL DATE SET:　No Date Set |

## STIPULATION

WHEREAS, on March 5, 2021, Plaintiffs Dr. Herman Tull and Dr. Lehka Tull, DDS ("Plaintiffs") filed their complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);



1   WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and
2   Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to
3   amend and further ordered that Plaintiffs shall file an amended complaint within 14 days of the
4   Court's Order (Dkt. 40);

5   WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an
6   extension to file a first amended complaint and issued an Order extending the deadline for
7   Plaintiffs to file an amended complaint until January 24, 2022 (Dkt. 44);

8   WHEREAS, on January 6, 2022, Plaintiffs' counsel filed their Notice of Withdrawal and
9   Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting
10  *pro hac vice* admission to Plaintiffs' counsel Jacqueline Veit (Dkt. 47); and

11  WHEREAS, counsel for plaintiffs and defendants have engaged in discussions and based
12  thereon believe that a continuance to file an amended complaint will aid in the progress of this
13  litigation, and as such jointly request a further extension of 30 days to file an amended complaint;

14  NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby
15  stipulate and agree that Plaintiffs shall have an additional 30 days, through and including
16  February 23, 2022, to file a first amended complaint.

17  Dated: January 21, 2022                GOLENBOCK EISEMAN ASSOR BELL &
18                                         PESKOE LLP

19                                         By:   /s/ Jacqueline G. Veit
20                                              Jacqueline G. Veit*
                                                *Appearing *Pro Hac Vice*
21                                              Attorneys for Plaintiffs,
                                                DR. HERMAN TULL, PH.D. and
22                                              DR. LEKHA TULL, DDS.

23  Dated: January 21, 2022                NEWMEYER & DILLION LLP

24
25                                         By:  /s/ C. Kendie Schlecht
                                                Michael B. McClellan
26                                              C. Kendie Schlecht
                                                Co-Counsel for Plaintiffs,
27                                              DR. HERMAN TULL, PH.D. and
                                                DR. LEKHA TULL, DDS.

28  / / /

| | | |
|---|---|---|
| 1 | Dated: January 21, 2022 | GREENBERG GROSS LLP |
| 2 | | |
| 3 | | By: */s/ Deborah Susan Mallgrave*<br>Deborah Susan Mallgrave<br>Attorney for Defendant MICHAELA<br>HIGGINS |
| 4 | | |
| 5 | Dated: January 21, 2022 | GIBBS LAW GROUP LLP |
| 6 | | |
| 7 | | By: */s/ Karen Barth Menzies*<br>Karen Barth Menzies<br>Co-counsel for Defendant MICHAELA<br>HIGGINS |
| 8 | | |



**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED:  January 24, 2022

IT IS SO ORDERED

*[Signature]*
Judge Donna M. Ryu

Hon. Donna M. Ryu
United States Magistrate Judge

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 21st day of January, 2022 at Newport Beach, California.

                                                 _/s/ C. Kendie Schlecht_
                                                 C. Kendie Schlecht