GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs,
DR. HERMAN TULL, PH.D. and
DR. LEKHA TULL, DDS.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. HERMAN TULL, PH.D., an individual, and DR. LEKHA TULL, DDS., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELA HIGGINS, an individual, a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:   4:21-cv-01574-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER FURTHER EXTENDING DEADLINE**<br>**TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:          March 5, 2021<br>TRIAL DATE SET:  No Date Set |

### STIPULATION

WHEREAS, on March 5, 2021, Plaintiffs Dr. Herman Tull and Dr. Lehka Tull, DDS ("Plaintiffs") filed their complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);

1     WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to amend and further ordered that Plaintiffs shall file an amended complaint within 14 days of the Court's Order (Dkt. 40);

    WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an extension to file a first amended complaint and issued an Order extending the deadline for Plaintiffs to file an amended complaint until January 24, 2022 (Dkt. 44);

    WHEREAS, on January 6, 2022, Plaintiffs' counsel filed their Notice of Withdrawal and Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro hac vice* admission to Plaintiffs' counsel Jacqueline Veit (Dkt. 47);

    WHEREAS, on January 21, 2022, the Parties submitted a Stipulation and Order Extending Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to file an amended complaint, which was approved by the Court, thereby extending the deadline for Plaintiffs to file an amended complaint until February 23, 2022 (Dkt. 49);

    WHEREAS, on February 18, 2022, the Parties submitted a Stipulation and Order Extending Deadline to File First Amended Complaint (Dkt. 50), advising the Court that the Parties are actively engaged in settlement discussions and progress has been made but certain complicated issues exist that remain to be addressed, which was approved by the Court, thereby extending the deadline for Plaintiffs to file an amended complaint until March 18, 2022 (Dkt. 51);

    WHEREAS, on March 18, 2022, the Parties submitted a Stipulation and Order Extending Deadline to File First Amended Complaint (Dkt. 52), advising the Court that the Parties have continued settlement efforts and are close to settlement and have exchanged initial settlement documents, which was approved by the Court, thereby extending the deadline for Plaintiffs to file an amended complaint until March 30, 2022 (Dkt. 53);

    WHEREAS, the Parties have not yet finalized settlement documents but continue to work toward that goal;

/ / /

/ / /



1  WHEREAS, given the sensitive nature of the matters alleged in this action, counsel for all Parties believe that filing of a first amended complaint on March 30, 2022 will impede and possibly derail current settlement discussions; and

WHEREAS, the Parties respectfully request that the Court grant additional time for plaintiffs to file a first amended complaint to allow the Parties to further advance their settlement discussions.

NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that Plaintiffs shall have an additional one week, through and including April 6, 2022, to file a first amended complaint.

Dated: March 30, 2022                 GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By:  /s/ Jacqueline G. Veit
     Jacqueline G. Veit*
     *Appearing Pro Hac Vice
     Attorneys for Plaintiffs,
     DR. HERMAN TULL, PH.D. and
     DR. LEKHA TULL, DDS.

Dated: March 30, 2022                 NEWMEYER & DILLION LLP

By:  /s/ C. Kendie Schlecht
     Michael B. McClellan
     C. Kendie Schlecht
     Co-Counsel for Plaintiffs,
     DR. HERMAN TULL, PH.D. and
     DR. LEKHA TULL, DDS.

/ / /
/ / /
/ / /

1  Dated: March 30, 2022                    GREENBERG GROSS LLP

2

3                                           By: /s/ Deborah Susan Mallgrave
                                               Deborah Susan Mallgrave
4                                              Attorney for Defendant MICHAELA
                                               HIGGINS
5

   Dated: March 30, 2022                    GIBBS LAW GROUP LLP
6

7                                           By: /s/ Karen Barth Menzies
                                               Karen Barth Menzies
8                                              Co-counsel for Defendant MICHAELA
                                               HIGGINS
9

10

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: 4/1/2022

_____
Hon. Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 30th day of March, 2022 at Irvine, California.

                                           _/s/ C. Kendie Schlecht_
                                           C. Kendie Schlecht

