GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
JACQUELINE G. VEIT*, NY BAR NO. 2342780
jveit@golenbock.com
711 Third Avenue
New York, NY 10017
(212) 907-7300; (212) 754-0777 (Fax)
*Appearing *Pro Hac Vice*

NEWMEYER & DILLION LLP
MICHAEL B. MCCLELLAN, CBN 241570
Michael.McClellan@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiffs,
DR. HERMAN TULL, PH.D. and
DR. LEKHA TULL, DDS.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DR. HERMAN TULL, PH.D., an individual, and DR. LEKHA TULL, DDS., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELA HIGGINS, an individual, a/k/a CAELI LA; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:     4:21-cv-01574-DMR<br>ASSIGNED TO: Magistrate Judge Donna M. Ryu<br><br>**STIPULATION AND ORDER FURTHER EXTENDING DEADLINE**<br>**TO FILE FIRST AMENDED COMPLAINT**<br><br>FILE DATE:          March 5, 2021<br>TRIAL DATE SET:  No Date Set |

**STIPULATION**

WHEREAS, on March 5, 2021, Plaintiffs Dr. Herman Tull and Dr. Lehka Tull, DDS ("Plaintiffs") filed their complaint in this action (Dkt. 1);

WHEREAS, on April 28, 2021, Defendant Michaela Higgins filed a motion to dismiss and motion to strike the complaint ("Motions") (Dkt.24 and 25);

1   WHEREAS, on December 27, 2021, the Court issued an Order on Motions to Dismiss and
2   Motions to Strike ("Order") which granted in part and denied in part the Motions with leave to
3   amend and further ordered that Plaintiffs shall file an amended complaint within 14 days of the
4   Court's Order (Dkt. 40);

5   WHEREAS, on January 7, 2022, this Court approved the parties' joint request for an
6   extension to file a first amended complaint and issued an Order extending the deadline for
7   Plaintiffs to file an amended complaint until January 24, 2022 (Dkt. 44);

8   WHEREAS, on January 6, 2022, Plaintiffs' counsel filed their Notice of Withdrawal and
9   Substitution of Counsel (Dkt. 42) and on January 20, 2022, the Court issued an order granting *pro*
10  *hac vice* admission to Plaintiffs' counsel Jacqueline Veit (Dkt. 47);

11  WHEREAS, on January 21, 2022, the parties submitted a Stipulation and Order Extending
12  Deadline to File First Amended Complaint (Dkt. 48) requesting a further extension of 30 days to
13  file an amended complaint, which was approved by the Court, thereby extending the deadline for
14  Plaintiffs to file an amended complaint until February 23, 2022 (Dkt. 49);

15  WHEREAS, on February 18, 2022, the parties submitted a Stipulation and Order
16  Extending Deadline to File First Amended Complaint (Dkt. 50), advising the Court that the
17  Parties are actively engaged in settlement discussions and progress has been made but certain
18  complicated issues exist that remain to be addressed, which was approved by the Court, thereby
19  extending the deadline for Plaintiffs to file an amended complaint until March 18, 2022 (Dkt. 51);

20  WHEREAS, on March 18, 2022, the parties submitted a Stipulation and Order Extending
21  Deadline to File First Amended Complaint (Dkt. 52), advising the Court that the Parties have
22  continued settlement efforts and are close to settlement and have exchanged initial settlement
23  documents, which was approved by the Court, thereby extending the deadline for Plaintiffs to file
24  an amended complaint until March 30, 2022 (Dkt. 53);

25  WHEREAS, on March 30, 2022, the parties submitted a Stipulation and Order Extending
26  Deadline to File First Amended Complaint (Dkt. 54), advising the Court that the parties have not
27  yet finalized settlement documents but continue to work toward that goal, which was approved by
28

the Court, thereby extending the deadline for Plaintiffs to file an amended complaint until April 6, 2022 (Dkt. 55);

  WHEREAS, the parties have reached a settlement and executed a settlement agreement, and are in the process of effecting certain conditions provided in the settlement agreement before a dismissal of this action may be sought;

  WHEREAS, the parties anticipate that settlement conditions will be fulfilled and the parties will be able to submit a stipulation for dismissal in a few weeks; and

  WHEREAS, the parties respectfully request that the Court grant 30 days for the parties to either file a stipulation for dismissal or for Plaintiffs to file a first amended complaint.

  NOW THEREFORE, the parties, by and through their undersigned attorneys, hereby stipulate and agree that the parties shall have an additional 30 days, through and including May 6, 2022, to file a stipulation for dismissal or for Plaintiffs to file a first amended complaint.



Dated: April 6, 2022       GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: ___*/s/ Jacqueline G. Veit*___
Jacqueline G. Veit*
*Appearing *Pro Hac Vice*
Attorneys for Plaintiffs,
DR. HERMAN TULL, PH.D. and
DR. LEKHA TULL, DDS.

Dated: April 6, 2022       NEWMEYER & DILLION LLP

By: ___*/s/ C. Kendie Schlecht*___
Michael B. McClellan
C. Kendie Schlecht
Co-Counsel for Plaintiffs,
DR. HERMAN TULL, PH.D. and
DR. LEKHA TULL, DDS.

| | | |
|---|---|---|
| 1 | Dated: April 6, 2022 | GREENBERG GROSS LLP |
| 2 | | |
| 3 | | By: */s/ Deborah Susan Mallgrave* |
| 4 | | Deborah Susan Mallgrave<br>Attorney for Defendant MICHAELA HIGGINS |
| 5 | | |
| 6 | Dated: April 6, 2022 | GIBBS LAW GROUP LLP |
| 7 | | By: */s/ Karen Barth Menzies* |
| 8 | | Karen Barth Menzies<br>Co-counsel for Defendant MICHAELA HIGGINS |



**ORDER**

Pursuant to Stipulation, it is SO ORDERED.

DATED: April 6, 2022



_____
Hon. Donna M. Ryu
United States Magistrate Judge

**FILER ATTESTATION**

In accordance of Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories have concurred in the filing of this document, which shall serve in lieu of their signatures on the document. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 6th day of April, 2022 at Irvine, California.

                                           */s/ C. Kendie Schlecht*
                                           C. Kendie Schlecht